**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**MYRIAM ESTHER BENITEZ DAVILA**   Case No.   **13-05911-MCF**

Chapter 13   Attorney Name:   **JUAN O CALDERON LITHGOW\***

| | |
|---|---|
| **I. Appearances** | **Date & Time:** 8/20/2013 1:57:00PM |
| Debtor [X] Present [ ] Absent | [X] R [ ] NR LV: $450 (PV: $522) |
| Joint Debtor [ ]Present [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor [X] Present [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [ ] Appearing: | **Yazmin Vazquez, Esq.- Alicia Sanjurjo as executor of Sucession Carlos Sanjurjo** |
| **II. Oath Administered** | **Ericsson Sanchez Preks, Esq.- Alicia Sanjurjo as executor of Sucession Carlos Sanjurjo and to creditor Aldarondo & Girald** |
| [X] Yes [ ] No | |

**III. Plan**

Date:   07/21/2013   Base:   $3,600.00   Payments 0 made out of   due.

Confirmation Hearing Date:   9/20/2013   1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $400.00   =   $2,600.00

**IV. Status of Meeting**

[ ] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   9/10/2013   2:30:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

MYRIAM ESTHER BENITEZ DAVILA

Case No. 13-05911-MCF

Chapter 13      Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>   [ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>   [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

MYRIAM ESTHER BENITEZ DAVILA

Case No. 13-05911-MCF

Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

Although this meeting was held, trustee is continuing it in order to have an opportunity to question the debtor as to the following issues that need to be addressed by debtor. Additionally, appearing creditor informed the intention to make additional questions.

The issues to be addressed by debtor are the following:

1- Debtor to provide copy of the homestead deed. Also Schedule C has to indicate that property is debtor's principal residence and that debtor executed and presented at the Registry of Property the homestead deed prior to the filing of the petition.

2- Debtor to amend Schedule D to delete mortgage debt of BPPR and Money House. Debt was liquidated about last year.

3- Debtor provide documentation to verify nature of debtor's disputed debt to the members of Succession Car

4- Debtor to disclose in SOFA, Item #3 lawsuit that ended in 2012 where she obtained $40,000.00 and $25,000 from a lawsuit.

5- Provide statement with details of how debtor used the proceeds obtained from the lawsuit mentioned today. Provide evidence of the expenses debtor paid with the proceeds obtained.

6- Debtor to amend Schedule I to disclose correct amount of social security benefits. Debtor receives $944.00 and the schedule discloses $1,028.00. This discrepancy creates a feasibility problem in the plan that needs to be addressed by debtor.

7- Debtor to specify why this case should not be converted since debtor's distribution to unsecured creditors is a minimal 2%.

8- Debtor to justify why plan has been filed in good faith when from the $3,600 base and $2,600 of said base will be for debtor's attorney's fees.

The following party(ies) object(s) confirmation:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**MYRIAM ESTHER BENITEZ DAVILA**                                    Case No.    **13-05911-MCF**

                              **Chapter 13**        Attorney Name:    **JUAN O CALDERON LITHGOW***

| | |
|---|---|
| **s/Miriam Salwen** | Date:    **08/20/2013** |
| **Trustee/Presiding Officer** | (Rev. 05/13) |