IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MYRIAM ESTHER BENITEZ DAVILA

CASE NO. 13-05911-MCF

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S POSITION AS TO**
Motion to vacate order
**DOCKET NO. 17**

**TO THE HONORABLE COURT:**

  **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**, ALLEGES, STATES** and **PRAYS:**

  On September 16, 2013, Debtor filed a/an Motion to vacate order. **(Docket no. 17)**. The Trustee has **no opposition** to said request.

  **WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

  **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 9/19/2013.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CMC-WG