# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**MYRIAM ESTHER BENITEZ DAVILA**                Case No.   **13-05911-MCF**

                                                Chapter 13    Attorney Name:   **JUAN O CALDERON LITHGOW***

---

**I. Appearances**

| | | | |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [ ] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**Date & Time:**     9/26/2013   1:45:00PM

[X] R          [ ] NR     LV:   TBD

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Banco Popular de P.R.-D.Vilches
Sucn.Sanjurjo Monge- Y.Vazquez, Esq.

---

**II. Oath Administered**

     [X] Yes                [ ] No

---

**III. Plan**

Date:   09/22/2013        Base:     $6,000.00    Payments 2 made out of  2 due.

**Confirmation Hearing Date:**     9/20/2013   1:30:00PM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $400.00   =   $2,600.00

---

**IV. Status of Meeting**

[X] Closed         [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MYRIAM ESTHER BENITEZ DAVILA      Case No.   13-05911-MCF

Chapter 13    Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [X] No provision for secured creditor(s)<br>COOP A/C Arecibo claim 2-1 (shares)<br>[ ] Tax returns missing<br>   [ ] State - years<br><br>[ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MYRIAM ESTHER BENITEZ DAVILA      Case No.    13-05911-MCF

Chapter 13     Attorney Name:    JUAN O CALDERON LITHGOW*

Trustee's objection to confirmation

[X] Objection to Confirmation
[ ] Oral objection by creditor

(1) Debtor to explain why the plan is feasible when she has testified that she has other expenses that do not enable her to comply with the plan payments.

(2) Debtor to explain why the plan dated 9-22-2013 should be confirmed, when she is not agreement with it.

(3) Debtor to provide further documentation to support her recent contention that she did not pay the $5,000 debt to her nephew in April, 2013. As to this matter, debtor submitted to trustee, through her counsel a document that reflects such payment. Hours before the meeting of creditors today, debtor through counsel, provided a different version, which debtor ratified with her testimony today. In trustee's view, there is doubt as to whether the transfer did or did not take place and debtor has the burden to provide other documentation to demonstrate that the transfer did not take place. This issue is crucial, both, to assess the liquidation value and whether debtor's petition and plan were filed in good faith.

(4) Debtor to clarify why Statement of Financial Affairs discloses debtor's payment of $5,000 to the nephew, when she is now alleging the payment was not made. Debtor clarified that the mentioned statement indicates that the nephew's name is Raul Davila, when his name is Raul Diaz Davila.

5) Statement of Financial Affairs, Item #9 has to divulge the additional $400 received by debtor's counsel, for filing fees, etc.

(6) Debtor has not listed her bank account in Schedule B.

(7) Plan does not provide for secured creditor COOP Arecibo (surrender of shares).
The following party(ies) object(s) confirmation:

s/Miriam Salwen             Date:    09/26/2013

Trustee/Presiding Officer           (Rev. 05/13)